No. 816. LEAHY *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Arthur D. Klang* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 921. COHEN *v.* HURLEY. Court of Appeals of New York. Certiorari granted. *Theodore Kiendl* for petitioner. *Denis M. Hurley* and *Michael Caputo* for respondent.

No. 680, Misc. KIMBROUGH *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. Case transferred to the appellate docket. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 805. ROBINSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Charles W. Merritt* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 822. PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK ET AL. *v.* WAGNER, MAYOR, ET AL. Court of Appeals of New York. Certiorari denied. *Louis Nizer* and *Hazel B. Mack* for petitioners. *Seymour B. Quel* for respondents.